IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NAKEETA WOODS,<br><br>Plaintiff,<br><br>v.<br><br>MEADOWLARK HOME CARE,<br><br>Defendant. | CV-22-00028-M-DLC-KLD<br><br>ORDER |

The Court has been advised that Plaintiff Nakeeta Woods has been calling the Clerk's office on a regular basis both during and outside of business hours in an abusive and hostile manner. She has also left numerous abusive and hostile messages on Judge Christensen's chambers' voice mail and sent numerous abusive and hostile e-mails to various court e-mail addresses (including but not limited to the proposed order mailboxes for the undersigned, Judge Morris, Judge Christensen, and Judge Molloy). In these messages and phone calls, Woods uses foul language, is accusatory, intimidating, and threatening.

There is little authority addressing the Court's authority to limit a litigant's phone and e-mail access to the Court, but such an order does not implicate the constitutional rights of access to the court like a pre-filing order. The Court maintains wide discretion in supervising the pretrial phase of litigation. *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002).

The Court finds that Ms. Woods' telephone calls and improper e-mails are disruptive to the administration of justice and will not be allowed. A suitably tailored order limiting Wood's communications with the Clerk of Court's Office is amply justified.

Woods is specifically advised that a failure to comply with this Order may result in sanctions including dismissal of this case. District courts have the inherent power to control their dockets and "[i]n the exercise of that power they may impose sanctions including, where appropriate, ... dismissal." *Thompson v. Hous. Auth.*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action, with prejudice for failure to obey a court order. *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 130–33 (9th Cir. 1987).

Accordingly, the Court issues the following:

## ORDER

Woods shall not telephone nor e-mail any office or chambers in the District Court for the District of Montana. All correspondence with the Court must be done in writing, addressed to the Clerk of Court's office. If Woods has good cause to telephone the Clerk of Court's office, she may seek an amendment to this order by filing a motion with this Court.

DATED this 18th day of May, 2022.

Kathleen L. DeSoto
United States Magistrate Judge