IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NAKEETA WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>MEADOWLARK HOMECARE,<br><br>Defendant, | CV 22-28-M-DLC-KLD<br><br>ORDER |

On May 18, 2022, the Court issued an order advising pro se Plaintiff Nakeeta Woods that all correspondence with the Court must be done in writing, addressed to the Clerk of Court's office. The Court further advised Plaintiff that if she has good cause to telephone the Clerk of Court's office, she could seek to amend the order by filing a motion with the Court. (Doc. 14).

On May 20, 2022, the Court issued an order denying Plaintiff's "Motion Request For My Case to Settle Right Away" on the ground that there was no basis for granting the relief sought. (Doc. 17).

On May 23, 2022, Plaintiff filed what the Court construes as a Motion for Reconsideration of the Court's orders dated May 18, 2022 and May 20, 2022. (Doc. 16). Plaintiff has not demonstrated that she has good cause to telephone the

1

Clerk of Court's Office, and there is no basis for granting Plaintiff the relief she seeks in her request for an immediate judgment in the amount of three million dollars. (See Doc. 16). Accordingly,

IT IS ORDERED that Plaintiff's Motion for Reconsideration (Doc. 16) is DENIED.

DATED this 31st day of May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge