UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NAKEETA WOODS,<br><br>             Plaintiff,<br><br>vs.<br><br>MEADOWLARK HOME CARE,<br><br>             Defendant. | Case No. CV-22-028-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Woods' complaint is DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's orders.

      Dated this 2nd day of August, 2022.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Annie Puhrmann
                                        Annie Puhrmann, Deputy Clerk